UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. |
| | : | |
| **CHRISTIAN DONALDSON,** | : | |
| Defendant. | : | |

### GOVERNMENT'S MOTION TO SEAL THE CRIMINAL INFORMATION AND OTHER PLEADINGS, RECORDS, PROCEEDINGS AND FILES, AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL AND ALL RELATED MATTERS

The United States of America, by its attorney, Jeffrey A. Taylor, the United States Attorney for the District of Columbia, respectfully submits this motion to seal the accompanying Information, as well as all other pleadings, proceedings, records and files in this case, and the instant Motion to Seal, and to delay entry on the public docket of this motion to seal and all related matters. In support of this motion, the government cites the following points and authorities.

The defendant in this case was a target in a long-term criminal investigation involving a distribution and possession with intent to distribute phencyclidine in violation of Title 21, United States Code, Section 841(a). On June 12, 2007 a grand jury of this court returned an Indictment charging the defendant and others in a conspiracy to distribute and possess with intent to distribute phencyclidine. The Indictment reflects the activity of the conspiracy in the District of Columbia but does not directly address serious criminal activity outside this district such as manufacturing of PCP and importation of heroin, which activities remain under investigation by other law enforcement units. The sealing is necessary because the Information which results from a negotiated plea, and

the associated pleadings contain sensitive information, and disclosure of which would not be in the interest of the government or the public. Moreover, the defendant's plea and the documents supporting that plea reflect the defendant's intention to cooperate with the United States in the prosecution of her co-conspirators.

More significantly, the plea agreement and proffer in this matter reflect that the defendant has accepted responsibility for her participation in a separate conspiracy to distribute crack cocaine and that she intends to testify in matters relating to the government's prosecution of that conspiracy and its members. The members of that conspiracy, and in particular the lead defendant in that conspiracy pose a much more significant danger to this defendant. James Becton, also known as P, also known as Pumpkin, also known as Funk, is the father of at least one of defendant's children and during their relationship was physically abusive to the defendant and he is considered extremely dangerous by law enforcement. We are aware that Becton suspects that defendant will cooperate and has threatened to "put out a contract on her."

Law enforcement believes the three co-defendants not yet arrested in this matter are aware of the Indictment pending against them and disclosure of the Information and other documents in the public records could seriously endanger defendant and hinder law enforcement's efforts in apprehending others defendants as well as in prosecuting all the defendants. Disclosure may also endanger law enforcement personnel, and confidential civilian witnesses. Accordingly, it is essential that any information concerning defendant's plea in this District be kept sealed for the time being.

Based on the nature of the ongoing criminal investigation, the government submits that public disclosure of the Information against defendant and associated documents would likely compromise the criminal investigation by: (1) placing the personal safety of the defendant, undercover agents, other law enforcement officials and innocent third parties at substantial risk; (2)

alerting the defendant's criminal associates of the investigation; and (3) causing other possible targets to destroy documents and other evidence. Each of these factors is particularly important in this instance because violent reprisals are common to major criminal violators in general.

It is common practice for individuals associated with criminal organizations to check the public record in the Criminal Clerk's office to ascertain whether the government has filed any pleadings under seal in cases against former associates. Consequently, public notice of the filing of the sealed pleadings or proceedings, itself, is likely to compromise any ongoing criminal and grand jury investigation that would stem from this case, and present a substantial risk to the personal safety of defendant's family, undercover agents and other law enforcement officials taking part in the covert investigation, and, in some cases, innocent bystanders.

Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the criminal Information and all other pleadings, records, proceedings, and files in this case, but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order until:(1) the substantial risk to the personal safety of cooperating individuals, law enforcement personnel and the defendant; and (2) the government represents that it can continue its criminal investigation without substantial risk that it would be jeopardized due to the public docketing of the fact that sealed pleadings have been filed in this case. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

Further, the government and the defendant by counsel have engaged in negotiations in which defendant was represented by Frances D'Antuono, Esquire, and Ms. D'Antuono advises that her client has no objection to this motion.

**WHEREFORE**, it is respectfully requested that this motion be granted.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        Bar No. 498610

BY: _____
        WILLIAM J. O'MALLEY, JR.
        Assistant United States Attorney

        _____
        ANTHONY SCARPELLI
        Assistant United States Attorney

        _____
        JOHN K. HAN
        Assistant United States Attorney

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Motion to Seal and proposed Order to be served by mail, postage prepaid, upon counsel for defendant, Frances D'Antuono, Esquire, 218 Seventh St., S.E., Washington, D.C. 20003; this _____ day of August, 2007.

 

WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
Organized Crime and Narcotics Trafficking
D.C. Bar No. 166-991
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 305-1749